**Date of Arrest: 04/25**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Juan Manuel RODRIGUEZ-Cabrera<br>AKA: None Known<br>215977445<br>YOB: 1974<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No.  22-1662MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about April 25, 2022 Defendant Juan Manuel RODRIGUEZ-Cabrera, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of El Paso, Texas, on or about July 22, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA John Ballos*
*SAD for JAB*

*Jared Lasley*
Signature of Complainant

Alfredo Chavez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| | | |
|---|---|---|
| April 26, 2022 | at | Yuma, Arizona |
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Juan Manuel RODRIGUEZ-Cabrera
AKA: None Known
215977445

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 25, 2022, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Charlotte, North Carolina, on or about June 10, 2022. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 22, 2020, through the port of El Paso, Texas, subsequent to a conviction in a Superior Court, State of North Carolina, County of Cabarrus, on or about April 9, 2020, for the crime of Sex Offense Against Child-Fondling, a felony.

Agents determined that on or about April 24, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Francisco Noriega, BPA Nereo Gomez, BPA Benjamin Rivera.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA James Dugos.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

_April 26, 2022_
Date

_Signature_
Signature of Judicial Officer

-2-